IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD CICCOTELLI** and **MAUREEN MASON** Plaintiffs, | : : : : | CIVIL ACTION |
| vs. | : : | NO. 08-1886 |
| **UNITED STATES OF AMERICA** Defendant. | : : : | |

## ORDER

**AND NOW**, this 9th day of June, 2009, upon consideration of the United States' Motion for Partial Reconsideration of the Order Entered on April 3, 2009 (Document No. 30, filed April 23, 2009) and Plaintiffs' Objection to Partial Reconsideration (Document No. 34, filed May 11, 2009), for the reasons set forth in the attached Memorandum, **IT IS ORDERED** as follows:

1. Defendant's Motion for Partial Reconsideration is **GRANTED**;

2. That part of the Order of April 2, 2009 awarding plaintiffs interest from the date plaintiffs' 2000 federal income tax return was filed is **VACATED**.

3. Reference in the Memorandum of April 2, 2009 to plaintiffs' entitlement to interest from the date plaintiffs' 2000 federal income tax return was filed is **DELETED**.[1]

BY THE COURT:

_____
JAN E. DUBOIS, J.

---

[1] There is only one reference to payment of interest in the Memorandum—the last phrase of the last sentence in the Memorandum.